AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>JONATHAN ARCE<br>*Defendant* | )<br>)<br>) Case No.  24-8131<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JONATHAN ARCE

Date:    06/26/2024

*Attorney's signature*

ANTHONY POPE, ESQ.
*Printed name and bar number*

60 Park Place, Suite 1101
Newark, NJ 07102

*Address*

apope@apopefirm.com
*E-mail address*

(973) 344-4406
*Telephone number*

(973) 344-3201
*FAX number*