# ANTHONY POPE LAW, P.C.

ATTORNEYS AT LAW

NEW JERSEY OFFICE
60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

NEW YORK OFFICE
275 MADISON AVE.
35TH FLOOR
NEW YORK, NY 10016

TEL: (973) 344-4406
FAX: (973) 344-3201
www.anthonypopelawfirm.com

TEL: (212) 905-4900
FAX: (973) 344-3201

**PLEASE REPLY TO:**
New Jersey Office

**ANTHONY POPE, ESQ.**
apope@apopefirm.com

*Certified by the Supreme Court of
New Jersey as a Civil & Criminal Trial Attorney*

July 1, 2024

The Honorable Judge Jessica S. Allen
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

     **Re:**    **United States v. Jonathan Arce**
            **Docket Number: 2:24-mj-08131-JSA**

Dear Judge Allen:

    On behalf of the Defendant in the above matter, please accept this letter as a request for a detention hearing to be scheduled for next week.

                                       Very truly yours,
                                       ANTHONY POPE LAW FIRM, P.C.

                                       BY: ANTHONY POPE, ESQ.

Cc: AUSA, John Mezzanotte

1